%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MELVIN HEWITT

### DEFENDANTS
AMERICAN POLLUTION CONTROL CORPORATION

(b) County of Residence of First Listed Plaintiff: Jefferson Parish
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Ronna M. Steele, 301 Huey P. Long Avenue; Gretna, LA 70053
tel. 504-366-3475; email: rsteele@usagulf.com

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane / ☐ 315 Airplane Product Liability / ☐ 320 Assault, Libel & Slander / ☐ 330 Federal Employers' Liability / ☒ 340 Marine / ☐ 345 Marine Product Liability / ☐ 350 Motor Vehicle / ☐ 355 Motor Vehicle Product Liability / ☐ 360 Other Personal Injury | **PERSONAL INJURY** — ☐ 362 Personal Injury - Med. Malpractice / ☐ 365 Personal Injury - Product Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | **PERSONAL PROPERTY** — ☐ 370 Other Fraud / ☐ 371 Truth in Lending / ☐ 380 Other Personal Property Damage / ☐ 385 Property Damage Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | | | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 U.S.C.: Section 30104
Brief description of cause:
The Jones Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 08/18/2011
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

Effective 4/10/06                **FINANCIAL & CIVIL ALLOTMENT SHEET**                Receipt No.: _____
                                                                                      Deputy Clerk: _____

**ACCOUNT CODE:**                                    **REGISTRY FUND:**

6855XX Accounts                                       604700 Accounts
_____ - Restitution                          _____ - Cash Bonds
_____ - U.S. Postal Service Forms            _____ - Land Condemnation
_____ - Petty Offense                        _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
  _____ - Attorney Admission (**TOTAL $150.00**) 085000 - $20.00 / 510000 - $130.00
  _____ - Certificate of Good Standing - Duplicate Certificate of Admission (**TOTAL $15.00**)
              085000 - $5.00 / 510000 - $10.00
    **FILING FEES**
  _____ - Civil Filing Fee (**TOTAL $350.00**) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
  _____ - Misc. Filings - Other Dist. Judg., Subpoena (**TOTAL $39.00**)
              086900 - $20.00 / 510000 - $19.00
  _____ - Writ of Habeas Corpus (**TOTAL $5.00**) 086900 - $5.00
  _____ - Appeals Filing Fee (**TOTAL $455.00**) 086900 - $455.00
  _____ - Misdemeanor (**TOTAL $32.00**) 086900 - $25.00 / 510000 $7.00
    **COPY FEES**
  _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
  _____ - Copies (.50 per page - # of pages _____) 322350
  _____ - Microfiche (**TOTAL $5.00**) 322350 - $3.00 / 510000 - $2.00
  _____ - Magnetic Tape Recordings \_\_\_\_\_ (**TOTAL $26.00**) 322350 - $15.00 / 510000 - $11.00
    **MISCELLANEOUS ACCOUNTS**
  _____ - Certification (# of Cert. _____) (**TOTAL $9.00 Each**) 322360 - $5.00 / 510000 - $4.00
  _____ - Exemplification Certificate (**TOTAL $18.00**) 322360 - $10.00 / 510000 - $8.00
  _____ - Records Search (**TOTAL $26.00 Each**) (# of names _____) 322360 - $15.00 / 510000 - $11.00
  _____ - Record Retrieval - Records Ctr. (**TOTAL $45.00 PREPAY**) 322360 - $25.00 / 510000 - $20.00
  _____ - NSF Check (**TOTAL $45.00**) 322360 - $25.00 / 510000 - $20.00
              Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
  _____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
  _____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
  _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

        **RECEIVED FROM (FIRM):** Ronna M. Steele, APLC _____

        **CASE NUMBER:** _____   **SECTION:** _____

        **CASE TITLE:** Melvin Hewitt v. American Pollution Control Corp._____

        **PAYMENT OF** | 0 | 00 |  CASH \_\_\_\_\_    CHECK \_\_\_\_\_    MONEY ORDER \_\_\_\_\_
                                  SEAMAN  XX   PAUPER \_\_\_\_\_   NON CASH \_\_\_\_\_

                            Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

  _____ 1. Cases requiring immediate action           _____ 6. Habeas Corpus & Other Convictions
           by the Court such as TRO, Injunction,                   Petitions Title 28 USC Sec. 2255
           Orders to Show Cause, etc.                   _____ 7. Petitions for Stay of Execution
  _____ 2. Class Action                                        Death Sentence
  _____ 3. Antitrust                                 _____ 8. Social Security Case
  _____ 4. Patent, Trademark, Copyright             _____ 9. All Others
  _____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?     _____ Yes  _____ No
Is this a RELATED CASE?          _____ Yes  _____ No      Attorney of Record