UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MELVIN HEWITT                                CIVIL ACTION

VERSUS                                       NUMBER: 11-02051

AMERICAN POLLUTION CONTROL CORPORATION       SECTION: "J"(5)


                         **ORDER OF DISMISSAL**

   The Court, having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

   **IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

   COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

   New Orleans, Louisiana, this 18th day of June, 2012.

                                   _____
                                       UNITED STATES DISTRICT JUDGE